AO 247 (Rev: 10/11) (local modification) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>**ALFRED JOHNSON**<br><br>Date of Previous Judgment or<br>Last Sentencing Reduction    March 29, 2005<br>*(Use Date of Last Order of the Court)* | Case No: 01-CR-6017L<br>USM No: 10723-055<br><br>MaryBeth Covert, AFPD<br>Defendant's Attorney |

*FILED OCT 31 2011 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. §3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment or sentencing reduction issued)* of **180** months **is reduced to TIME SERVED**.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 29 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 240 to 240 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[X] Other *(explain)*: Original sentence was below Guidelines because of Government 5K1.1 motion. A comparable reduction is warranted under Guidelines effective 11/1/11. See Guidelines § 1B1.10(b)(2)(B).

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated    3/29/05    shall remain in effect.
**IT IS SO ORDERED.**

Order Date: October 31, 2011

Effective Date: November 1, 2011
*(if different from order date)*

*Judge's signature*

David G. Larimer - United States District Judge
*Printed name and title*